ZWEIFEL vs. THE STATE.

Appeal from Comanche county.

*Illegal Sale of Liquor—Indictment.*—The indictment in these two cases were for selling liquors on election day. They charged simply that the accused did sell liquor on the 7th day of November, 1882, said day being then and there a day of general election for State and county officers, and that said election was then and there held. *Held,* that the indictment is insufficient in that it does not

charge that the election was held in the precinct, town, village or city of defendant, or wherein the liquor was sold.

Reversed and dismissed.   Hurt, Judge.